FILED

08 APR -8 PM 3: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLORENTINO VALDEZ-GODINA,<br><br>Defendant. | Criminal Case No. 08MG0926 WMC<br><br>**DETENTION ORDER** |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on April 3, 2008, to determine whether defendant Florentino Valdez-Godina ("Defendant"), should be held in custody pending trial, on the grounds that Defendant is a flight risk. At the detention hearing, Assistant United States Attorney Michelle M. Pettit appeared on behalf of the United States and Federal Defender Linda Lopez appeared on behalf of the Defendant.

Based on the evidence proffered by the Defendant, the Pretrial Services Report, and the Complaint, the Court concludes by a preponderance of the evidence that Defendant is a flight risk and that there is no condition or combination of conditions that will reasonably assure Defendant's appearance.

//

//

## I.

## FINDINGS OF FACT

The Defendant has an extensive criminal history that includes multiple fails to appear and probation revocations as reflected in the Pretrial Services Report.

## II.

## CONCLUSIONS REGARDING DETENTION

After considering all factors set forth in 18 U.S.C. § 3142(g), and, in particular, the Defendant's multiple fails to appear for prior criminal offenses, the Court finds that by a preponderance of the evidence the Defendant is a flight risk and no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings in this case.

## III.

## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by counsel for the defense and for the United States.

//
//
//

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 4/8/08

*[signature]*
The Honorable William McCurine, Jr.
United States Magistrate Judge

Prepared by:

*[signature]*
MICHELLE M. PETTIT
Assistant U.S. Attorney

cc:   Linda Lopez
      Federal Defenders